UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

=====================================  X

TEDDY W. HUDDLESTON, AS
ADMINISTRATOR OF THE ESTATE OF                    Case No. 07cv6341
GARY WAYNE HUDDLESTON, DECEASED,
                                                  Judge:  Lewis A. Kaplan
        Plaintiff,

v.                                                **NOTICE OF FILING
                                                  STIPULATION**

FOREST LABORATORIES, INC.; FOREST
PHARMACEUTICALS, INC.; and INWOOD
LABORATORIES, INCORPORATED,

        Defendants.
=====================================  X

        PLEASE TAKE NOTICE that the stipulation of the parties regarding an extension of

time for defendants to answer, or otherwise plead to Plaintiff's Complaint, in anticipation of the

transfer of this action to the United States District Court for the Eastern District of Missouri, is

filed herewith as Exhibit A.

                                        /s/ Joseph P. Thomas
                                        Joseph P. Thomas
                                        ULMER & BERNE LLP
                                        600 Vine Street, Suite 2800
                                        Cincinnati, OH  45202
                                        Tel:    (513) 698-5000
                                        Fax:    (513) 698-5001
                                        E-mail:  jthomas@ulmer.com

                                        Attorneys for Defendants

454994v1
27172.00075

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that a true and correct copy of the foregoing was served this 14th day of August, 2007, via first-class U.S. Mail, the Court's electronic filing system, and/or facsimile, upon:

Andrew G. Finkelstein, Esq.
Mary Ellen Wright, Esq.
Eleanor Polimeni, Esq.
FINKELSTEIN & PARTNERS LLP
436 Robinson Avenue
Newburgh, NY  12550
Tel:      (866) 909-8678
Fax:     (866) 562-3492
Tel:      (866) 909-8678, Ext. 9545 (MEW)
E-mail:  afinkelstein@lawampm.com
E-mail:  mwright@lawampm.com
E-mail:  epolimeni@lawampm.com

/s/ Joseph P. Thomas

2