UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEDDY W. HUDDLESTON, as Administrator of the Estate of Gary Huddleston, Deceased,<br><br>    Plaintiff,<br><br>v.<br><br>FOREST LABORATORIES, INC., and FOREST PHARMACEUTICALS, INC.,<br><br>    Defendants. | CASE NO. 1:07-cv-06341-LAK |

## STIPULATION

Plaintiff Teddy Huddleston, as Administrator of the Estate of Gary Huddleston filed this action on July 18, 2007. The Judicial Panel on Multidistrict Litigation has been notified that this case is subject to transfer to the multidistrict litigation, *In Re Celexa and Lexapro Products Liability Litigation*, MDL 1736, currently pending in the United States District Court for the Eastern District of Missouri. In anticipation of the expected transfer of this action, the parties hereby agree and stipulate that Defendants Forest Laboratories, Inc., and Forest Pharmaceuticals, Inc. ("Defendants"), shall have until October 12, 2007, to file their Answers or otherwise plead to Plaintiff's Complaint. The parties further agree that case specific discovery shall be conducted in accordance with the MDL Case Management Order.



EXHIBIT A

The parties further agree and stipulate that Defendants are not waiving any defenses by entering into this stipulation or by agreeing to answer or otherwise plead.

Dated: August __14__, 2007

_____
Eleanor Polimeni

FINKELSTEIN & PARTNERS LLP
436 Robinson Avenue
Newburgh, NY 12550
866.909.8678 (phone)
*Attorneys for Plaintiff Teddy Huddleston ,*
*as Administrator of the Estate of Gary*
*Wayne Huddleston,, Deceased*

_____
Joseph P. Thomas
John R. Ipsaro
Megan B. Hensler
ULMER & BERNE LLP
600 Vine Street
Suite 2800
Cincinnati, OH 45209
513.698.5000 (phone)
513.698.5001 (fax)
jthomas@ulmer.com
jipsaro@ulmer.com
mhensler@ulmer.com
*Attorneys for Defendants Forest*
*Laboratories, Inc., and Forest*
*Pharmaceuticals, Inc.*