USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/07

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEDDY W. HUDDLESTON, as Administrator of the Estate of GARY WAYNE HUDDLESTON, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>FOREST LABORATORIES, INC., FOREST PHARMACEUTICALS, INC., and INWOOD LABORATORIES, INCORPORATED,<br><br>Defendants. | CASE NO. 1:07-cv-06341-LAK |



RECEIVED
AUG 15 2007
JUDGE KAPLAN'S CHAMBERS

## STIPULATION

Plaintiff Teddy W. Huddleston, as Administrator of the Estate of Gary Wayne Huddleston, Deceased, filed this action on July 11, 2007. The Judicial Panel on Multidistrict Litigation has issued a Conditional Transfer Order for the transfer of this action to the multidistrict litigation, *In Re Celexa and Lexapro Products Liability Litigation*, MDL 1736, currently pending in the United States District Court for the Eastern District of Missouri. In anticipation of the expected transfer of this action, the parties hereby agree and stipulate that Defendants Forest Laboratories, Inc., Forest Pharmaceuticals, Inc., and Inwood Laboratories, Incorporated ("Defendants"), shall have until October 12, 2007, to file their Answers or otherwise plead to Plaintiff's Complaint. The parties further agree that case specific discovery shall be conducted in accordance with the MDL Case Management Order.

The parties further agree and stipulate that Defendants are not waiving any defenses by entering into this stipulation or by agreeing to answer or otherwise plead.

Dated: August 15th, 2007

*[signature]*
Eleanor Polimeni

**FINKELSTEIN & PARTNERS, LLP**
436 Robinson Avenue
Newburgh, NY 12550
866.909.8678 (phone)
*Attorneys for Plaintiff Teddy Huddleston, as Administrator of the Estate of Gary Wayne Huddleston, Deceased*

*[signature]* by gu
Joseph P. Thomas (JT 4131)
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Suite 2800
Cincinnati, Ohio 45202
513.698.5000
513.698.5001
jthomas@ulmer.com
*Attorney for Forest Laboratories, Inc., Forest Pharmaceuticals, Inc., and Inwood Laboratories, Incorporated*

SO ORDERED
*[signature]* 8-16-07
USDJ

Part One